Case 1:07-mj-00227-RER   Document 2   Filed 02/16/2007   Page 1 of 1

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

v.

RAPHEL CHRISTOPHER DOUGLAS,
also known as "Chris" and "Chrissie,"

07 - 065 - M - 01

**WARRANT FOR ARREST**

**M-07-227**

CNM: 07-137 (RJD)

FILED

FEB 2 7 2007   CASE NUMBER:

DEFENDANT.

NANCY MAYER WHITTINGTON, CLERK
TO: Special Agent Todd Meinken   U.S. DISTRICT COURT   and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest RAPHEL CHRISTOPHER DOUGLAS, also known as "Chris" and "Chrissie"
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

Indictment  ☐ Information  ☑ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to Import Cocaine

In violation of Title __21__ United States Code, Section(s) __963__

Hon. Ramon E. Reyes, Jr.   United States Magistrate Judge
                           Title of Issuing Officer

                           February 16, 2007; Brooklyn, NY
Signature of Issuing Officer   Date and Location

Bail fixed at $ _____   By _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2-27-07 | DAVID BALDWIN | David Baldwin |

** TOTAL PAGE.05 **

FEB-27-2007 13:18  M J CLERICHLS  718 260 2623  P.01

Case 1:07-mj-00065-AK   Document 1-2   Filed 02/27/2007   Page 1 of 7
Case 1:07-cr-00137-RJD-JO   Document 3   Filed 02/20/2007   Page 1 of 8

PS:
F.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

RAPHEL CHRISTOPHER DOUGLAS
a/k/a Christopher Douglas
a/k/a Raffel Christopher Douglas
a/k/a "Chrissie"
a/k/a "Chris"

FREDERICK HAWKESWORTH
a/k/a Christopher Hawkesworth
a/k/a Christopher Hawksworth
a/k/a "Chris", and

TERRENCE SUGRIM
a/k/a Terrence Emmanual Segrim

         Defendants.

- - - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____
(T. 21, U.S.C.,
§§ 841,843,846,952,959,
960, and 963;
T. 18, U.S.C 2 and 3551
et seq.)

FILED IN CLERK'S OFFICE
FEB 20 2007
BROOKLYN OFFICE

CR07-0137

07-065-M-01

DEARIE, J.
J. ORENSTEIN, M.J.

FILED

FEB 27 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THE GRAND JURY CHARGES:

## COUNT ONE

On or about and between January 1999 and May 27, 2004, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, including Barbados and Guyana, the defendants, RAPHEL CHRISTOPHER DOUGLAS, also known as Christopher Douglas, also known as Raffel Christopher Douglas, also known as "Chrissie", also known as "Chris", and FREDERICK HAWKESWORTH, also known as Christopher Hawkesworth, also known as

2

Christopher Hawksworth, also known as "Chris", and TERRENCE SUGRIM, also known as Terrence Emmanual Segrim, together with others, did knowingly and intentionally combine, conspire, confederate, and agree to knowingly and intentionally distribute a substance containing cocaine, a Schedule II controlled substance, which offense involved five kilograms or more of cocaine, knowing and intending that such substance would be imported into the United States, in violation of Title 21, United States Code, Sections 959, 960, and 963.

(Title 21, United States Code, Sections 959(a)(1) and (2), 960(b)(1)(B), and 963; Title 18, United States Code, Sections 2 and 3551 et seq.)

### COUNT TWO

On or about March 30, 2004, in Barbados, the defendants RAPHEL CHRISTOPHER DOUGLAS, also known as Christopher Douglas, also known as Raffel Christopher Douglas, also known as "Chrissie", also known as "Chris", and FREDERICK HAWKESWORTH, also known as Christopher Hawkesworth, also known as Christopher Hawksworth, also known as "Chris", did knowingly and intentionally distribute a substance containing cocaine, a Schedule II controlled substance, in an amount of 500 grams or more, knowing and intending that such cocaine would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959, 960 and Title 18, United States Code,

3

Sections 2 and 3551 *et seq.*

(Title 21, United States Code, Sections 959(a)(1) and (2),960(b)(2)(B)(ii); Title 18, United States Code, Sections 2 and 3551 *et seq.*)

### COUNT THREE

On or about and between January 1999 and May 27, 2004, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, including Barbados and Guyana, the defendants RAPHEL CHRISTOPHER DOUGLAS, also known as Christopher Douglas, also known as Raffel Christopher Douglas, also known as "Chrissie", also known as "Chris", FREDERICK HAWKESWORTH, also known as Christopher Hawkesworth, also known as Christopher Hawksworth, also known as "Chris", and TERRENCE SUGRIM, also known as Terrence Emmanual Segrim, together with others, did knowingly and intentionally combine, conspire, confederate, and agree to knowingly and intentionally distribute a substance containing cocaine, a Schedule II controlled substance, which offense involved five kilograms or more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

(Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(ii)(II); Title 18, United States Code, Sections 2 and 3551 *et seq.*)

4

## COUNT FOUR

On or about between January 1999 and May 27, 2004, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, including Barbados and Guyana, the defendants RAPHEL CHRISTOPHER DOUGLAS, also known as Christopher Douglas, also known as Raffel Christopher Douglas, also known as "Chrissie", also known as "Chris", FREDERICK HAWKESWORTH, also known as Christopher Hawkesworth, also known as Christopher Hawksworth, also known as "Chris", and TERRENCE SUGRIM, also known as Terrence Emmanual Segrim, together with others, did knowingly and intentionally combine, conspire, confederate, and agree to knowingly and intentionally import into the United States from any place outside of the United States, that is, Barbados and Guyana, a substance containing cocaine, a Schedule II controlled substance, which offense involved five kilograms or more of cocaine, in violation of Title 21, United States Code, Sections 952, 960 and 963.

(Title 21, United States Code, Sections 952, 960(b)(1)(B), and 963; Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT FIVE

On or about December 11, 2003, in the Eastern District of New York, the defendant RAPHEL CHRISTOPHER DOUGLAS, also known

5

as Christopher Douglas, also known as Raffel Christopher Douglas, also known as "Chrissie", also known as "Chris", did knowingly and intentionally use any communication facility, that is a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 841 and 846, that is, conspiracy to distribute cocaine in the Eastern District of New York, in violation of Title 21, United States Code, Section 843(b).

## COUNT 6

On or about April 22, 2004, in the Eastern District of New York, the defendant, RAPHEL CHRISTOPHER DOUGLAS, also known as Raffel Christopher Douglas, also known as "Chrissie", also known as "Chris", did knowingly and intentionally use any communication facility, that is a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Sections 841 and 846, that is, conspiracy to distribute cocaine in the Eastern District of New York, in violation of Title 21, United States Code, Section 843(b).

A TRUE BILL

FOREPERSON

FEB-27-2007 13:19           M J CLERICALS                         718 260 2623      P.06
                Case 1:07-mj-00065-AK    Document 1-2    Filed 02/27/2007    Page 6 of 7
          Case 1:07-cr-00137-RJD-JO    Document 3    Filed 02/20/2007    Page 6 of 8

                                                                            6

KENNETH A. BLANCO
CHIEF, NARCOTIC AND DANGEROUS DRUG SECTION
CRIMINAL DIVISION
DEPARTMENT OF JUSTICE


BY:

*Paul Laymon* (signature)
───────────────────────────
Paul W. Laymon
DOJ Trial Attorney
Narcotic and Dangerous Drug Section
1400 New York Ave NW, Suite 8410
Washington, DC 20005
202-514-1286 w/ 202-725-7741 c
paul.laymon@usdoj.gov

FEB-27-2007 13:19     M J CLERICHLS                                    718 260 2623    P.07
Case 1:07-mj-00065-AK    Document 1-2    Filed 02/27/2007    Page 7 of 7
Case 1:07-cr-00137-RJD-JO    Document 3    Filed 02/20/2007    Page 7 of 8

FORM DBD-34
JUN. 85

No. _____                                                        Action: *Criminal*

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL *Division*

THE UNITED STATES OF AMERICA

vs.

RAPHEL CHRISTOPHER DOUGLAS, et al.

Defendants.

## INDICTMENT

(T. 21, U.S.C., §§ 841, 843, 846, 952, 959, 960, 963;
T. 18, U.S.C., §§ 2 and 3551 *et seq.*)

*A true bill.*

_____
*Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 19* _____

_____
*Clerk*

*Bail, $* _____

Paul W. Laymon, DOJ Trial Attorney, (202) 514-1286